# Court of Appeals of the State of Georgia

ATLANTA, September 06, 2013

*The Court of Appeals hereby passes the following order:*

**A14I0003.  JANICE DIXON, et al. v. RACHEL DEPEW, et al.**

Janice Dixon has filed an application to appeal from the trial court's order granting the defendants' motion for partial summary judgment on Dixon's claims for negligent hiring, negligent retention, negligent training, breach of confidential relationship, punitive damages, and expenses of litigation.  Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).  Therefore, the order in this case is subject to direct appeal.

We will grant an otherwise timely application for either interlocutory or discretionary appeal if the lower court's order is subject to direct appeal.  See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004); OCGA § 5-6-35(j).  Accordingly, this application is hereby GRANTED, and Dixon shall have ten days from the date of this order to file a notice of appeal with the trial court.  If Dixon has already filed a notice of appeal, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/06/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk*